**Order entered February 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01681-CV

## WALTER MITCHELL, Appellant

## V.

## TONYA CHANDLER, FRANK FORSHEE, PATRICK PARKER, AND LETRICIA TARRANT, Appellees

## ORDER

The Court **GRANTS** appellant's February 15, 2013 third motion for extension of time to file his jurisdictional letter brief and **ORDERS** appellant to file the letter brief no later than March 1, 2013. No further extensions will be granted. Appellant is cautioned that if the letter brief is not filed by March 1, 2013, the Court will determine its jurisdiction over this appeal based on the record before it and appellees' January 16, 2013 letter brief.

/s/    ELIZABETH LANG-MIERS
        JUSTICE